■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREA SALLY, Appellant. [842 NYS2d 353]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Parker, J.), imposed September 21, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Krausman, Lifson and Balkin, JJ., concur.